# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

CAP IV RIDGELAND, LLC                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:14-cv-801-HTW-LRA

CITY OF RIDGELAND, MISSISSIPPI                                                          DEFENDANT

## AGREED ORDER GRANTING UNOPPOSED MOTION TO EXTEND
## DEADLINE TO RESPOND TO DISPOSITIVE AND DAUBERT MOTIONS

THIS CAUSE is before the Court on Plaintiff CAP IV Ridgeland, LLC's Unopposed Motion to Extend the Deadline to Respond to Dispositive and Daubert Motions. [Dkt. No. 96]. The Court, having considered the Motion, having noted the agreement of all parties, having determined that the Motion is not brought for purposes of delay, and having noted the granting of this Motion will not require a continuance of the trial date, finds the Motion is well-taken and should be granted, and orders as follows:

**IT IS ORDERED** that Responses to all dispositive and *Daubert* motions shall be filed on or before March 31, 2016.

**SO ORDERED**, this the 10th day of March, 2016.

                                                  s/ HENRY T. WINGATE_____
                                                  UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*s/D. Sterling Kidd*
D. Sterling Kidd (MB# 103670)
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
skidd@bakerdonelson.com

*Attorney for Plaintiff*

JM DSK01 1489048 v1
2930883-000001 03/10/2016