# Kidd, Sterling

| | |
|---|---|
| **From:** | Kelly Simpkins <ksimpkins@wellsmar.com> |
| **Sent:** | Wednesday, September 21, 2016 3:52 PM |
| **To:** | wingate_chambers@mssd.uscourts.gov |
| **Cc:** | Kidd, Sterling; Frye, Davis; Ritchie Norris; Lana E. Gillon; Kevin Rogers; Trey Dellinger |
| **Subject:** | CAP IV Ridgeland, LLC v. City of Ridgeland, Mississippi; Case No.: 3:14-cv-00801-HTW-LRA |
| **Attachments:** | 03.   09-09-16 - FINAL - HUD v. COR - Executed Conciliation Agreement.pdf |

Dear Judge Wingate,

This email is to advise the Court of a recent settlement with HUD that impacts this case. The City of Ridgeland and HUD recently entered into a Conciliation Agreement in settlement of the HUD initiated complaint filed against Ridgeland on December 2, 2015. A copy of the Agreement is attached for your review. As part of the Agreement, the City will amend the 2014 Ordinance so that the apartment complexes will no longer be subject to the amortization provision at issue in *CAP, IV*. The Agreement specifically provides that by virtue of the amendment, multi-family residential properties will be treated as they were as to use and density prior to the passage of the 2014 Ordinance. The City will be publishing a notice for the public hearing on the proposed amendment within the statutory period, and the public hearing will take place on October 18, 2016.

CAP IV and Ridgeland both have motions for summary judgment pending before the Court. [Dkt. #94, #90]. The motions have been fully briefed; however, in light of the City's settlement with HUD and its agreement to voluntarily amend the 2014 Ordinance and rescind the amortization provision, the City would like the opportunity to supplement its motion for summary judgment for the purpose of addressing and briefing the issue of mootness.

We respectfully request that the Court stay the case and set a telephonic status conference to discuss the aforementioned after October 28, 2016, which is the deadline to appeal the Aldermen's decision at the public hearing.

**Kelly D. Simpkins**
Wells Marble & Hurst, PLLC
Post Office Box 131
Jackson, MS 39205-0131
300 Concourse Boulevard, Suite 200
Ridgeland, MS 39157

601.605.6900 MAIN
601.605.6940 DIRECT
601.605.6901 FAX



**WELLS MARBLE**
ATTORNEYS AT LAW

ABOUT US | BIO | V-CARD

NOTICE: THIS MESSAGE AND ANY ATTACHMENTS MAY CONTAIN INFORMATION WHICH IS PRIVILEGED AND/OR CONFIDENTIAL. YOU ARE PROHIBITED FROM COPYING, DISTRIBUTING OR OTHERWISE USING THIS INFORMATION, IF YOU ARE NOT THE INTENDED RECIPIENT. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY ME IMMEDIATELY BY RETURN E-MAIL OR PHONE, AND PERMANENTLY DELETE THIS E-MAIL AND ANY ATTACHMENTS FROM YOUR SYSTEM.

EXHIBIT "A"